IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BARBARA A. CURLEE            PLAINTIFF

vs.            No. 1:06CV219-D-D

WELLS FARGO HOME MORTGAGE; et al.            DEFENDANTS

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants Wells Fargo Home Mortgage and John C. Morris' separate motions for summary judgment (docket entries 26, 41) are GRANTED; and

(2) the Plaintiff's claims against these two Defendants are DISMISSED WITH PREJUDICE.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 5th day of December 2007.

/s/ Glen H. Davidson
Senior Judge